# MEMORANDUM ENDORSED.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

**ELIZABETH JOY BLAU,**

                **Plaintiff,**　　　　　　1:18-cv-04881-GWG

v.　　　　　　　　　　　　　　　　　Notice of Motion for Attorney's
　　　　　　　　　　　　　　　　　　Fees Pursuant to the
　　　　　　　　　　　　　　　　　　Equal Access to Justice
　　　　　　　　　　　　　　　　　　**Act,** 28 U.S.C.A. § 2412 (West)

**COMMISSIONER OF SOCIAL
SECURITY,**

                **Defendant.**
_____

**COUNSEL:**

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Howard D. Olinsky, attorney for the plaintiff, and other papers, the plaintiff will make a motion before the Court on a date to be set by the court, for an order:

1. Awarding an Equal Access to Justice Act Counsel Fee for $5,873.86; and

2. Awarding expenses in the amount of $16.26; and

3. If the Plaintiff has no debt registered with the Department of Treasury subject to offset that the fees be made payable to the attorney.

Plaintiffs' attorney, Howard D. Olinsky, moves the court for an award to be paid by the Defendant under the Equal Access to Justice Act, 28 U.S.C.A. § 2412.

There are no special circumstances in this case which make an award under the EAJA unjust.

This motion is supported by an affirmation of Plaintiffs attorney, attached time and cost records and a Waiver of Direct Payment by the plaintiff.

Executed this December 10, 2019

                                           Respectfully submitted,

                                           /s/ *Howard D. Olinsky*
                                           Howard D. Olinsky, Esq.
                                           Counsel for Plaintiff
                                           Olinsky Law Group
                                           250 South Clinton St., Suite 210
                                           Syracuse, NY 13202
                                           Telephone: 315-701-5780
                                           Facsimile: 315-701-5781
                                           Email: fedct@windisability.com

To:    Susan J. Reiss, Esq.
        Attorney for Defendant
        Special Assistant U.S. Attorney
        c/o Social Security Administration
        Office of General Counsel
        26 Federal Plaza, Suite 3904
        New York, New York 10007
        Telephone: 212-264-2514
        Email: Susan.Reiss@ssa.gov

The Government did not respond to this application and it is therefore granted without opposition.
So Ordered.
Dated: December 30, 2019

                                             _____
                                             GABRIEL W. GORENSTEIN
                                             United States Magistrate Judge