| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **MEMORANDUM ENDORSEMENT** |

**ELIZABETH JOY BLAU,**

                **Plaintiff,**            1:18-cv-04881-GWG

**v.**

NOTICE OF MOTION
FOR ATTORNEY'S FEES
PURSUANT TO
SOCIAL SECURITY ACT
SECTION 206(b)(1)

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**

      **PLEASE TAKE NOTICE** that the plaintiff, Elizabeth Joy Blau, by her attorney, will move and hereby does move this Court, for Attorney Fees pursuant to Social Security Act Section 206(b)(1) and U.S.C. § 406(b)(1) and for such other and further relief as this Court may deem just and proper. This motion is based upon all pleadings filed to date and is supported by Plaintiff's Petition for Attorney Fees pursuant to Social Security Act Section 206(b)(1) and U.S.C. § 406(b)(1) and attached Exhibits filed with this Court on September 2, 2020.

      **PLEASE TAKE FURTHER NOTICE** that this motion shall be considered submitted to the Hon. Gabriel W. Gorestein United States Magistrate Judge for the Southern District of New York, on a date to be established by the court.

Dated September 2, 2020.

                                          Respectfully submitted,

                                          */s/ Howard D. Olinsky*

> Howard D. Olinsky, Esq.
> Counsel for Plaintiff
> Olinsky Law Group
> 250 South Clinton St., Suite 210
> Syracuse, NY 13202
> Telephone: 315-701-5780
> Facsimile: 315-701-5781
> Email: fedct@windisability.com

**It appears this application is not yet ripe for review. Plaintiff's counsel is directed to provide a status report to the Court by October 19, 2020, and every thirty days thereafter explaining all information available as to the application for administrative attorney's fees and the effect of any award of such fees on the instant motion.**

**So Ordered.**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**September 29, 2020**